FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2022

No. 04-22-00071-CR

Eric Daniel **AULD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B16861
Honorable Rex Emerson, Judge Presiding

# O R D E R

Based on our August 16, 2022 order, Appellant's brief is due on August 26, 2022. On August 19, 2022, Appellant filed another motion for an extension of time to file the brief and the brief. Appellant's brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court